**Order entered December 31, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01163-CV**

**IN THE INTEREST OF J.C.N., ET AL., CHILDREN**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-19303-T**

**ORDER**

Before the Court is court reporter Shantel Beheler's December 30, 2021 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than January 10, 2022. *Because this is an accelerated appeal in a parental termination case, the trial court must arrange for a substitute reporter, if necessary, to ensure the record is timely filed. See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Mary Brown, Presiding Judge of the 301st Judicial District Court; Ms. Beheler; and, the parties.

/s/     AMANDA L. REICHEK
JUSTICE